```
UNITED STATES DISTICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
```
CP III Rincon Towers, Inc.,

        Plaintiff,

        v.                       10-CV-4638 (DAB)

                                        SCHEDULING ORDER

Richard D. Cohen,

        Defendant.
```
-------------------------------------X
```
DEBORAH A. BATTS, United States District Judge.

    The Second Circuit vacated this Court's Opinion granting summary judgment for Defendant and remanded for further proceedings consistent with its Order. This case was reopened effective December 28, 2016.

    A Joint Pre-trial Statement ("JPTS") shall be submitted by May 1, 2017. The JPTS shall conform to the Court's Individual Practices and Supplemental Trial Procedure Rules.

    Memoranda of Law addressing those issues raised in the JPTS shall be submitted by May 1, 2017. Responses to the Memoranda shall be submitted by May 22, 2017. There shall be no replies.

    Proposed Findings of Fact and Conclusions of Law shall be submitted in accordance with a further Order of the Court.

Once all papers have been submitted, a final pre-trial conference will be schedule, which shall be attended by trial counsel.

SO ORDERED.

DATED:    New York, New York
          February 28, 2017

_Deborah A. Batts_
Deborah A. Batts
United States District Judge