```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/17
```

UNITED STATES DISTICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CP III Rincon Towers, Inc.,

               Plaintiff,

         v.                     10-CV-4638 (DAB)
                                  SCHEDULING ORDER

Richard D. Cohen,

               Defendant.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    The Court is in receipt of the Parties' jointly submitted letter dated April 18, 2017. The deadlines currently in place for the Joint Pre-Trial Statement and related memoranda of law are adjourned <u>sine die</u> pending decision by the California Supreme Court on whether to review the California case discussed in the Parties' letter. The Parties are to notify the Court as soon as a determination in the California case has been made.

                              SO ORDERED.

DATED:   New York, New York
          April 19, 2017

                              _____
                              Deborah A. Batts
                              United States District Judge