# manatt

Barry W. Lee
Manatt, Phelps & Phillips, LLP
Direct Dial: (415) 291-7450
E-mail: BWLee@manatt.com

December 3, 2019

**MEMO ENDORSED**

**VIA ECF & HAND DELIVERY**

Hon. Ona T. Wang
United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    *CP III Rincon Towers, LLC v. Cohen*
             Civil No. 1:10-civ-04638-DAB-OTW

Dear Judge Wang:

      I am lead counsel for plaintiff CP III Rincon Towers, LLC ("CP III") in the above referenced matter. I write in response to the Court's December 2, 2019 Scheduling Order setting a Status Conference before Your Honor for 2:30 pm on Thursday, January 16, 2020 in Courtroom 20D at the Daniel Patrick Moynihan U.S. Courthouse (ECF Doc. No. 142). For the reason discussed below, I respectfully request a brief continuance of the January 16, 2020 Status Conference. I have met and conferred with Janice MacAvoy of Fried Frank, lead counsel for defendant Richard Cohen, who does not oppose this request.

      I am scheduled to commence a two week commercial arbitration before the American Arbitration Association on Monday, January 13, 2020 that is expected to conclude on Friday, January 24, 2020. Accordingly, I am not available on January 16, 2020, the scheduled Status Conference date. Ms. MacAvoy and I have met and conferred and can confirm our availability on the following dates and times, subject, of course, to Your Honor's availability:

      Monday, Feb. 3, 2020—after 12 Noon

      Tuesday, Feb. 4, 2020—9:30 am-12 Noon and 1:30 pm-5:00 pm

      Thursday, Feb. 6, 2020—1:30 pm—5:00 pm

      Friday, Feb. 7, 2020—9:30 am—5:00 pm

      Monday, Feb. 10, 2020—1:30 pm—5:00 pm

      Tuesday, Feb. 11, 2020—11:00 am—5:00 pm

One Embarcadero Center, 30th Floor, San Francisco, California 94111 Telephone: 415.291.7400 Fax: 415.291.7474

Albany | Boston | Chicago | Los Angeles | New York | Orange County | Palo Alto | Sacramento | San Francisco | Washington, D.C.

# manatt

Hon. Ona T. Wang
December 3, 2019
Page 2

Wednesday, Feb. 12, 2020—9:30 am-11:00 am

Thursday, Feb. 13, 2020—9:30 am-5:00 pm

Friday, Feb. 14, 2020—9:30 am-2:30 pm

If none of the above dates and times are convenient for Your Honor, we will suggest other alternatives.

Respectfully submitted,

Barry W. Lee

cc: All Counsel

**Application GRANTED.** The January 16, 2020 conference is hereby adjourned to **Tuesday, February 4, 2020 at 11:00 a.m.**

**SO ORDERED.**

_____
Ona T. Wang            12/6/19
U.S. Magistrate Judge