**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
CP III RINCON TOWERS, LLC,                                 :
                                                           :
                          Plaintiff,                       :   No. 10-CV-4638 (DAB) (OTW)
                                                           :
           -against-                                       :   ORDER
                                                           :
RICHARD D. COHEN,                                          :
                                                           :
                          Defendant.                       :
                                                           :
-----------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court held a Status Conference in this matter on February 4, 2020, hearing oral argument from the parties on Plaintiff's Motion Regarding the Preclusive Effect of Prior Litigation, ECF 131. As discussed at the conference, Plaintiff shall file the joint supplemental chart by **April 10, 2020**.

**SO ORDERED.**

|  |  |
|---|---|
|  | _s/ Ona T. Wang_ |
| Dated: February 5, 2020 | **Ona T. Wang** |
| New York, New York | United States Magistrate Judge |