**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
CP III RINCON TOWERS, LLC,
:
:
                Plaintiff, : No. 10-CV-4638 (JMF) (OTW)
:
     -against- : **ORDER**
:
RICHARD D. COHEN, :
:
                Defendant. :
:
:
------------------------------------------------------------x

      **ONA T. WANG, United States Magistrate Judge:**

      The parties are directed to submit on **July 31, 2020** and every 30 days thereafter a joint status letter. The status letter, limited to three pages in length, shall summarize the California Action's status and attach as exhibits all current docket sheets and copies of any orders or opinions entered since the last status letter on April 10, 2020.

      **SO ORDERED.**

                                                                           _s/ Ona T. Wang_
Dated: July 20, 2020                                           **Ona T. Wang**
     New York, New York                        United States Magistrate Judge