UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
CP III RINCON TOWERS, LLC,  :
:
               Plaintiff,  :
:    10-CV-4638 (JMF) (OTW)
-v-  :
:             ORDER
RICHARD D. COHEN,  :
:
               Defendant.  :
:
-----------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court will hold a telephone conference on **October 22, 2020**, at **12:00 p.m.**, to address the status of this case and how to advance it to resolution. No later than **October 19, 2020**, the parties shall file a joint letter on ECF advising the Court of any material developments in the case since the parties' letter of March 9, 2020. *See* ECF No. 150.

      To access the conference, counsel should call 888-363-4749 and use access code 5421540#. Members of the press and public may call the same number, but will not be permitted to speak during the conference. The parties are reminded to follow the procedures for teleconferences described in the Court's Emergency Individual Rules and Practices in Light of COVID-19, which are available at https://nysd.uscourts.gov/hon-jesse-m-furman. Among other things, those procedures require counsel to provide advance notice of who will participate in the conference and the telephone numbers they will use to participate.

      In accordance with the Court's Individual Rules and Practices, requests for extensions or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours before the deadline or conference. The written submission must state (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; (4) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent; and (5) the date of the parties' next scheduled appearance before the Court. Unless counsel are notified that a conference has been adjourned, it will be held as scheduled

      SO ORDERED.

Dated: October 14, 2020
       New York, New York

                                                  _____
                                                    JESSE M. FURMAN
                                               United States District Judge