UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
CP III RINCON TOWERS, LLC,                            :
:
                    Plaintiff,    :
:      10-CV-4638 (JMF)
     -v-                                   :
:      ORDER
RICHARD D. COHEN,                                     :
:
                    Defendant.   :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As discussed on the record during the telephone conference held earlier today, the Court orders as follows:

1. Plaintiff's motion regarding preclusion is DENIED without prejudice to renewal.

2. The parties shall meet and confer in an effort to reach agreement on a stipulation of undisputed facts and, no later than **November 23, 2020**, shall submit a joint stipulation and proposed order identifying any facts upon which they can agree.

3. **By the same date**, the parties shall submit a joint letter identifying any facts that remain in dispute and proposing a path forward for resolving the disputes (such as referral to Magistrate Judge Wang for assistance in reaching agreement; litigation, whether through a renewed pretrial motion or as part of trial; or a combination thereof).

4. In their joint letter, the parties shall also indicate whether they believe additional discovery is necessary and whether a conference would be appropriate. If additional discovery is necessary, the letter should (1) indicate the scope and proposed schedule for such discovery; and (2) include, as an attachment, a proposed Case Management Plan using the form available at https://www.nysd.uscourts.gov/hon-jesse-m-furman.

    **The Clerk of Court is directed to terminate ECF No. 131.**

    SO ORDERED.

Dated: October 22, 2020  
       New York, New York                       _____  
                                                               JESSE M. FURMAN  
                                                             United States District Judge