UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CP III RINCON TOWERS, LLC,                      :
:
Plaintiff,       :
:                    10-CV-4638 (JMF)
-v-                      :
:                         ORDER
RICHARD D. COHEN,                               :
:
Defendant.      :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On October 22, 2020, the Court ordered the parties to file "a joint stipulation and proposed order identifying any facts upon which they can agree" as well as a "joint letter identifying any facts that remain in dispute and proposing a path forward for resolving the disputes (such as referral to Magistrate Judge Wang for assistance in reaching agreement; litigation, whether through a renewed pretrial motion or as part of trial; or a combination thereof)." ECF No. 162.  The Court further directed the parties to "indicate whether they believe additional discovery is necessary and whether a conference would be appropriate.  If additional discovery is necessary, the letter should (1) indicate the scope and proposed schedule for such discovery; and (2) include, as an attachment, a proposed Case Management Plan using the form available at https://www.nysd.uscourts.gov/hon-jesse-m-furman." *Id.*

      On December 21, 2020, the parties timely filed their submissions in response to the Court's Order.  *See* ECF No. 167; *see also See* ECF Nos. 164, 166.  Although the parties attached stipulations of undisputed facts and exhibit lists, the joint letter failed to include several items directed by the Court's order, including whether the parties believe additional discovery is necessary, whether a conference would be appropriate, and a proposed path forward for resolving any remaining disputes.  **No later than January 4, 2021**, the parties shall file a joint letter responsive to the remaining topics described in the Court's Order of October 22, 2020.

      SO ORDERED.

Dated: December 22, 2020
       New York, New York

_____
JESSE M. FURMAN
United States District Judge