UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CP III RINCON TOWERS, LLC,                                        :
:
                Plaintiff,                         :          10-CV-4638 (JMF)
:
       -v-                                                        :          SCHEDULING ORDER
:
RICHARD D. COHEN,                                                 :
:
                Defendant.                         :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       This Order is to confirm that the parties should be prepared to begin trial on **December 13, 2021**. Trial will be in person unless and until the Court orders otherwise. Counsel should familiarize themselves with the Court's Individual Rules and Practices for Trials, available at http://nysd.uscourts.gov/cases/show.php?db=judge_info&id=1046. Per the Court's Order of August 30, 2021, *see* ECF No. 196, the final pretrial conference in this case will take place on **December 7, 2021 at 3:30 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York. **The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.** The parties are reminded that the trial date will not be adjourned on account of a settlement in principle; put differently, unless the parties (1) file a stipulation of dismissal or settlement or (2) appear in person to put the material terms of a settlement on the record (and the Court approves the settlement to the extent that such approval is required), the parties should be prepared to go to trial as scheduled.

       SO ORDERED.

Dated: November 1, 2021
       New York, New York
                                                  JESSE M. FURMAN
                                            United States District Judge