UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
CP III RINCON TOWERS, LLC, :
:
                      Plaintiff, :           10-CV-4638 (JMF)
:
     -v- :           ORDER
:
RICHARD D. COHEN, :
:
                      Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Trial in this case is set to begin December 13, 2021. No later than **December 6, 2021**, each party shall file, with respect to each direct-testimony witness declaration submitted by the opposing party, a chart with three columns: (1) listing any paragraph number of the declaration to which the party objects; (2) the text of the paragraph subject to objection; and (3) the basis for the objection (i.e., the relevant Rule and, if appropriate, a brief explanation).

       In addition, and per the Court's Order at ECF No. 170 and Section 5(C) of the Court's Individual Rules and Practices, the parties were required to submit with their pretrial materials "an electronic copy of each exhibit sought to be admitted (with each filename corresponding to the relevant exhibit number — e.g., "PX-1," "DX-1," etc.) on a CD-ROM or a DVD." The Court appears to have only an electronic copy of Defendant's trial exhibits (either because Plaintiff never submitted its exhibits or they were misplaced while the Chambers staff was working remotely). **Plaintiff should promptly submit an electronic copy of its trial exhibits, and the parties should promptly submit an electronic copy of their joint exhibits.** The Court does not require any additional hardcopies — only electronic copies.

       SO ORDERED.

Dated: December 1, 2021
       New York, New York                  _____
                                                       JESSE M. FURMAN
                                                 United States District Judge