# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

CP III RINCON TOWERS, LLC,

                    Plaintiff,                          10 **CIVIL** 4638 (JMF)

          -v-                                        **JUDGMENT**

RICHARD D. COHEN,

                    Defendant.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Findings of Fact and Conclusions of Law dated January 6, 2022, the Court concludes that the parties agreed to a nonrecourse loan with limited carveouts and never intended for the liens at issue here to trigger Cohen's full recourse liability under the Guaranty. Judgment is entered in favor of Cohen and this case is closed.

**Dated:**  New York, New York
            January 6, 2022

                                                              **RUBY J. KRAJICK**
                                                              _____
                                                                 **Clerk of Court**
                                            **BY:**
                                                                **Deputy Clerk**